IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENDRICK COOK-BEY, )<br>a.k.a. KENDRICK COOK, )<br>     )<br>  Plaintiff, )<br>     )<br>  v. )<br>     )<br>STEVEN SMITH, Chaplain, )<br>     )<br>  Defendant. ) | CIVIL ACTION NO.<br>2:14cv1067-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that defendant's actions hindered his ability to practice and facilitate the growth of his religion, in violation of the First Amendment and the Equal Protection Clause. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted due to plaintiff's failure to exhaust administrative remedies. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of August, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE